**7807**

[Original]

Paul Berthelot. No. 7 8 0 7.

—vs— Court of Appeal.

Lucien Montegut. Parish of Orleans.

--------------

--------------

By Dinkelspiel, J.

-------

**7807**

Dinkelspiel; J.

The amount involved in this suit being the sum of
$54.64., the xx plaintiff and appellee has moved to dismiss
this appeal on the ground that the sum is not equal to the
amount necessary to give this Court jurisdiction in appeals from
a District Court.

Defendant and appellant resist a motion to dismiss
the appeal on the ground, that the suit involves the inter-
-pretation of eleven judgments rendered by this Court and
three by the Supreme Court in cases of a similiar nature, and
therefore, as this Court was one of the Courts which rendered
final judgments in these cases it retains a supervisory jurisdict
-ion over same in so far as the interpretation xkx of these
judgments are concerned irreppective of the amount involved.

While that proposition would, no doubt, be sound
as a proposition of law had this Court been the only Appellate
Court which had passed upon these suits, provided, ofcourse, if
xkxxx there was any interpretation of these judgments necessary.
But, in our opinion, neither of these facts are borne out by the
records, for in the first place, not only this Court but the
Supreme Court as well passed upon the same cases in which the
Parish Committee of the Parish of St. John the Baptiste and
others were cast for costs in those suits, and these costs
having been paid by Paul Berthelot, one of the members of that
committee, puts an end to these particular suits, and this
Court has no further jurisidiction over them in any manner or
form; for we cannot possibly see how a seperate suit by the
plaintiff herein against this defendant, though it involves
the recovery by him of a portion of the costs paid out by him
in those other suits could give this Court jurisdiction when
the amount involved falls below the amount necessary for this
Court's jurisdiction on appeals from Districts Courts.

It was held by our Supreme Court in a case somewhat
similiar to this; " There is nothing in a' claim for costs
which by reason of its character should carry such a claim

494

per se for decision to the Supreme Court, without reference to the amount involved".

We are therefore of the opinion that we are without any appelate jurisdiction in this case. Wagner -vs- City of Monroe, 1 113 Ann. 1074.

For the reasons assigned the motion to dismiss the appeal for want of jurisdiction is maintained.

Appeal Dismissed.